UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE CHARLES STOVAL,<br><br>                          Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                          Defendants. | Case No.:   22-cv-1015-BLM<br><br>**NOTICE AND ORDER REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

On July 13, 2022, Plaintiff filed his Complaint appealing his denial of social security benefits. ECF No. 1. The same day, the instant matter was randomly assigned to United States Magistrate Judge Nita L. Stormes. ECF No. 3. On August 8, 2022, the parties consented to Magistrate Judge Stormes' jurisdiction pursuant to 28 U.S.C. § 636(c). ECF No. 8.

On July 7, 2023, the instant action was transferred from Magistrate Judge Stormes to United States Magistrate Judge Barbara L. Major. ECF No. 21.

The parties are hereby notified of their right to consent to Magistrate Judge Major's jurisdiction pursuant to 28 U.S.C. § 636(c). Provided, as an attachment to this notice, is a *consent/declination* form for the Plaintiff and Plaintiff's counsel to complete. The executed form must be filed or received by the Clerk of Court within **21 days** of the date of this notice.

Any withdrawal of consent by the United States must be filed within **21 days** of the date of this notice.

If Plaintiff timely consents, and if the United States does not timely withdrawal consent, the case will be deemed assigned to United States Magistrate Judge Barbara L. Major for all purposes without the necessity of an order or referral. If Plaintiff does not timely consent, or if the United States timely withdrawals consent, the Court orders the Clerk of Court to reassign the case to a United States District Judge. Reassigned cases will be referred, pursuant to 28 U.S.C. § 636(b)(1)(B), without further order, to Magistrate Judge Barbara L. Major who will conduct preliminary proceedings, including all pretrial, non-dispositive matters, and to issue a Report and Recommendation to the assigned District Judge, unless the District Judge directs otherwise.

**IT IS SO ORDERED.**

Dated: 11/9/2023

Hon. Barbara L. Major
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

THEODORE CHARLES STOVAL,

               Plaintiff(s)

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

               Defendant(s)

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**

Case No.: 22-cv-1015-BLM

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge Barbara L. Major conduct any and all further proceedings in the case, including the trial with or without a jury, and order the entry of a final judgment.

<u>Signatures</u>                                                                               <u>Date</u>

_____

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____

circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____

circle one each: (Plaintiff/Defendant) and (Attorney/Client)